UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY STAPLETON,<br><br>               Petitioner,<br><br>v.<br><br>P. THOMPSON, WARDEN, FCI-HERLONG,<br><br>               Respondent. | CASE NO. 2:22-CV-00678-DMC (HC)<br><br>ORDER |

    Good cause appearing therefor based on counsel's declaration indicating the need for additional time to compile and review records related to this case from the Bureau of Prisons, Respondent's motion, ECF No. 7, for an extension of time is granted.

    IT IS HEREBY ORDERED that Respondent shall file a response to the petition by August 2, 2022.

Dated:  July 6, 2022

                                                          _____<br>
                                                          DENNIS M. COTA<br>
                                                          UNITED STATES MAGISTRATE JUDGE