IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY LEE STAPLETON,<br><br>        Petitioner,<br><br>   v.<br><br>PAUL THOMPSON,<br><br>        Respondent. | No. 2:22-CV-0678-TLN-DMC-P<br><br>ORDER |

Petitioner, a federal prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241. Petitioner has filed a notice of voluntary dismissal. See ECF No. 13. Good cause appearing therefor, this action is dismissed. See Fed. R. Civ. P. 41(a)(2). The Clerk of the Court is directed to terminate the motions at ECF Nos. 6 and 9 and to close this file.

        IT IS SO ORDERED.

Dated: November 8, 2022

                                            DENNIS M. COTA
                                            UNITED STATES MAGISTRATE JUDGE